

**In re: ERNESTINE BARNES**          Case No. 13-18674

**Claim No. 2**
**Claim Amount: $114.03**
**State:** PA
**District:** EASTERN

# WITHDRAWAL OF CLAIM

    I am permanently withdrawing claim #2, filed on October 16, 2013, in the above case. The claim was wrongly filed. I represent Palisades/ASTA Funding and I understand this only affects claim # 2.

October 18, 2013                    By:

                                                        *(signature)*
                                        Stephen Braun
                                        AVP of Operations/ Director of Litigation
                                        Vativ Recovery Solutions, LLC.
                                        A wholly owned subsidiary of Palisades
                                        Collection LLC / Asta Funding Acquisition
                                        PO Box 40728
                                        Houston, TX  77240-0728
                                        Phone: (800) 941-8632 Fax: 713-466-8883